# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JIMMY ADAMS

NO. 2024 KW 1207

**JANUARY 29, 2025**

---

In Re:   Jimmy Adams, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR4-130706.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion to correct an illegal sentence filed with the district court, the district court's ruling on the motion, the bill of information or indictment, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Should relator elect to file a new application that seeks review of the ruling herein, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT